UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| CARL ZELLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO: |
| | ) | |
| CRST LINCOLN SALES, INC., | ) | **JURY DEMAND** |
| CRST EXPEDITED, INC., and | ) | |
| THOMAS PALIERI, | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT AT LAW

NOW COMES Plaintiff, CARL ZELLER, by and through his attorneys, COGAN & POWER, P.C. and LUCAS|MAGAZINE, PLLC, and complaining of the Defendants, CRST LINCOLN SALES, INC., CRST EXPEDITED, INC., and THOMAS PALIERI, states as follows:

## PARTIES & PROCEDURAL REQUIREMENTS

1.      At all times relevant herein, the Plaintiff, CARL ZELLER, was and is a citizen and resident of the State of Florida.

2.      At all times relevant herein, the Defendant, THOMAS PALIERI, was and is a citizen and resident of the State of North Carolina.

3.      At all times relevant herein, CRST EXPEDITED, INC., was a corporation engaged in the operation of semi-trucks and/or tractors and was a corporation organized and existing in the State of Iowa, headquartered in Cedar Rapids, Iowa.

4.      At all times relevant herein, CRST LINCOLN SALES, INC., was a corporation engaged in the operation of semi-trucks and/or tractors and was a corporation organized and existing in the State of Iowa, headquartered in Cedar Rapids, Iowa.

1

5.      At all times relevant herein, CRST EXPEDITED, INC., was the operating authority of the semi-truck, tractor-trailer driven by THOMAS PALIERI.

6.      At all times relevant herein, CRST LINCOLN SALES, INC. owned the semi-truck, tractor-trailer operated by THOMAS PALIERI.

7.      Because of the past and future medical expenses, the past and future lost wages, the past and future pain and suffering and the past and future loss of a normal life, Plaintiff has suffered and will suffer relating to this claim, this controversy exceeds, exclusive of interests and costs, the sum specified in 28 USC 1332 of $75,000.00, making the subject matter jurisdiction appropriate and this Court based upon diversity of citizenship.

8.      Defendant, CRST LINCOLN SALES, INC., is an interstate motor carrier that regularly conducts continuous and substantial business throughout the State of Illinois.

9.      Defendant, CRST EXPEDITED, INC. is an interstate motor carrier that regularly conducts continuous and substantial business throughout the State of Illinois.

10.      The events from which all of the causes of action listed in this petition stem occurred on May 18, 2015. All causes of action are within their respective statute of limitations.

## COUNT I – NEGLIGENCE v. THOMAS PALIERI

1-10.    Plaintiff repeats and realleges paragraphs one (1) through ten (10) of the above paragraphs as though fully set forth as paragraphs one (1) through ten (10) herein Count I.

11.      On May 18, 2015, and at all times relevant herein, THOMAS PALIERI was operating a semi-tractor trailer and had a duty to exercise reasonable care in the operation of said semi-tractor trailer while operating the vehicle in and about the roads and private property in the State of Illinois.

2

12.     On May 18, 2015, THOMAS PALIERI had entered the Travel Center Truck Stop located at 21 Ramines Drive, City of Morris, County of Grundy, State of Illinois.

13.     That while operating his vehicle through the truck stop, THOMAS PALIERI approached the fuel island at the truck stop, made a turn with his vehicle and struck the stationary vehicle which was occupied by the Plaintiff, CARL ZELLER.

14.     It was the ongoing duty of THOMAS PALIERI, as a commercial truck driver carrying a load for an interstate motor carrier, to exercise reasonable care under the circumstances and to protect the safety of other vehicle operators in and about the Travel Center of America property.

15.     In violation of this duty, THOMAS PALIERI was negligent in one or more of the following ways:

   a.     Operated a motor vehicle without keeping a proper lookout;

   b.     Going the wrong direction through the fuel island;

   c.     Failing to keep the appropriate distance from vehicles and other objects which were present on the property at Travel Center Truck Stop;

   d.     Was inattentive and failed to stop his tractor trailer in sufficient time to avoid coming into contact with Plaintiff's vehicle; and

   e.     Made a sharp turn causing the trailer of his semi-truck to strike the vehicle occupied by CARL ZELLER.

16.     As a proximate result of one or more of the aforesaid negligent acts and/or omissions, CARL ZELLER sustained serious pecuniary and personal injuries, including injuries to his upper back, shoulder and cervical spine requiring extensive surgery. He has sustained, and will sustain in the future, damages including physical pain and suffering, loss of a normal life, disfigurement, loss of earnings both past and future, past and future medical expenses, all of which are permanent in nature.

3

WHEREFORE, it is respectfully requested that judgment be entered in favor of the Plaintiff, CARL ZELLER, and against the Defendant, THOMAS PALIERI, for all damages recoverable by law.

**COUNT II – NEGLIGENCE v. CRST LINCOLN SALES, INC.
& CRST EXPEDITED, INC.**

1-15.    Plaintiff reasserts and realleges paragraphs one (1) through fifteen (15) of the above paragraphs as though fully set forth as paragraphs one (1) through fifteen (15) herein Count II.

16.    On May 18, 2015, and at all times material, Defendants, CRST LINCOLN SALES, INC. & CRST EXPEDITED, INC. were in the business of owning and operating semi-trucks for use in interstate commerce to ship goods throughout the country.

17.    On May 18, 2015, and at all times material, the semi-truck was being operated by Defendant, THOMAS PALIERI, under authority of, and by direction of, Defendants CRST LINCOLN SALES, INC. & CRST EXPEDITED, INC.

18.    On May 18, 2015, and at all times material, Defendant, THOMAS PALIERI was acting within the scope and authority of his agency relationship with Defendants, CRST LINCOLN SALES, INC. & CRST EXPEDITED, INC.

19.    On May 18, 2015, and at all times material, Defendant, THOMAS PALIERI was acting within the course of his agency relationship with Defendants, CRST LINCOLN SALES, INC. & CRST EXPEDITED, INC.

20.    Defendants, CRST LINCOLN SALES, INC. & CRST EXPEDITED, INC. are liable for the negligent conduct of Defendant, THOMAS PALIERI as it was within the course and scope of his agency relationship with Defendants, CRST LINCOLN SALES, INC. & CRST EXPEDITED, INC.

4

21.     Because Defendant, CRST LINCOLN SALES, INC. was the owner of the semi-truck driven by Defendant, THOMAS PALIERI, and therefore the principal in the agency relationship with Defendant, THOMAS PALIERI, it is liable for the actions of Defendant, THOMAS PALIERI, under the doctrine of *Respondeat Superior.*

22.     Because Defendant, CRST EXPEDITED, INC. was the operating authority of the semi-truck driven by Defendant, THOMAS PLAIERI, and therefore the principal in the agency relationship with Defendant, THOMAS PLAIERI, it is liable for the actions of Defendant, THOMAS PALIERI, under the doctrine of *Respondeat Superior.*

23.     On May 18, 2015, Defendant, THOMAS PALIERI, individually and as an agent of Defendants, CRST LINCOLN SALES, INC. & CRST EXPEDITED, INC., was negligent in the operation of his truck in violation of the common law of Illinois, Federal Motor Carrier Safety Administration Regulations, and other statutes, rules and regulations.

24.     Defendants, CRST LINCOLN SALES, INC. & CRST EXPEDITED, INC. were vicariously negligent in the operation of the truck on May 18, 2015, at the time the Plaintiff, CARL ZELLER, was struck by the semi-truck trailer operated by Defendant, THOMAS PALIERI.

25.     Defendants, CRST LINCOLN SALES, INC. & CRST EXPEDITED, INC. negligence was a proximate cause of the injuries, pain and suffering of Plaintiff, CARL ZELLER.

26.     Plaintiff, CARL ZELLER, has been damaged in the following respects:

    a.     Plaintiff received severe, and painful personal injuries including injuries to his upper back, shoulder and cervical spine requiring extensive surgery;

    b.     Plaintiff has endured and will continue to endure physical pain, disability and loss of enjoyment of life;

    c.      Plaintiff has been precluded from performing his ordinary work, and has lost earnings; and

    d.      Plaintiff has incurred and will continue to incur medical expenses for surgery, hospital, nursing, physical therapy and other care, and for drugs and medications to treat his injuries.

WHEREFORE, Plaintiff, CARL ZELLER, prays for judgment against Defendants,

CRST LINCOLN SALES, INC. & CRST EXPEDITED, INC. by and through its agent,

THOMAS PALIERI, in such an amount to fairly compensate him for damages alleged herein,

together with costs of this action, and for interest as allowed by law, and for such other relief as

may be just in the premises.

_____
Attorney for Plaintiff

John M. Power, Esq.
**COGAN & POWER, P.C.**
1 E Wacker Drive, Suite 510
Chicago, Illinois 60601
(312) 477-2500
(312) 477-2501(fax)

James L. Magazine, Esq.
**LUCAS|MAGAZINE, PLLC**
8606 Government Drive
New Port Richey, Florida 34654
(727) 849-5353