# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Carl Zeller

                       Plaintiff,

v.                                             Case No.: 1:16–cv–10140
                                                         Honorable Mary M. Rowland

CRST Lincoln Sales, Inc., et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 24, 2019:

      MINUTE entry before the Honorable Mary M. Rowland: Reassignment status hearing held. Plaintiff counsel's appearance was waived. Defense counsel reported on status of the case. IME of Plaintiff was completed. Plaintiff's relative gave a statement. Deposition of that relative to be completed by 11/15/19. Based on that deposition, Plaintiff may need to update his expert disclosures. Defendants to disclose experts by 12/6/19. Defendants request a referral for settlement. This case is referred to the assigned Magistrate Judge for settlement purposes. Status hearing set for 11/19/19 at 9:30am. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.