UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARL ZELLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 16 CV 10140 |
| ) | |
| CRST LINCOLN SALES, INC., ) | Judge Mary M. Rowland |
| CRST EXPEDITED, INC., and ) | |
| THOMAS PALIERI, ) | Magistrate Judge Maria Valdez |
| ) | |
| Defendants. ) | |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO
SETTLEMENT AND FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, CARL ZELLER, and the Defendants, CRST LINCOLN SALES, INC., CRST EXPEDITED, INC., and THOMAS PALIERI, by and through their respective attorneys, COGAN & POWER, P.C., LAW OFFICE OF LUCAS & MAGAZINE, and MULHERIN, REHFELDT & VARCHETTO, P.C., that in connection with the settlement of the entirety of the case, both the Plaintiff and Defendants hereby stipulate and agree to the dismissal of the case in its entirety, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each side to bear their own costs and fees.

Respectfully submitted,

| | |
|---|---|
| /s/ Joseph G. Skryd | /s/ John M. Power |
| Attorneys for Defendants | Attorneys for Plaintiff |
| Joseph G. Skryd | John M. Power |
| Mulherin, Rehfeldt & Varchetto, P.C. | Cogan & Power, P.C. |
| 211 S. Wheaton Avenue, Suite 200 | One East Wacker Drive, Suite 510 |
| Wheaton, IL  60187 | Chicago, IL  60601 |
| (630) 653-9300 | 312-477-2500 |
| Fax:  (630) 653-9316 | Fax:  312-477-2501 |
| Attorney No. 6198163 | Attorney No. 6197553 |
| jskryd@mrvlaw.com | jpower@coganpower.com |

2

          <u>/s/ James Magazine</u>
          Attorneys for Plaintiff
          Law Office of Lucas & Magazine
          Liberty Professional Center
          8606 Governmental Drive
          New Port Richey, FL  34654
          727-849-5353
          Fax;  727-845-7949
          lucasmagazine@lucasmagazine.com